Approved: _____
BENJAMIN A. GIANFORTI
Assistant United States Attorney

Before:   HONORABLE ANDREW E. KRAUSE
          United States Magistrate Judge
          Southern District of New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                    :
UNITED STATES OF AMERICA            :
                                    :   21 Mag. 2575
           -v.-                     :   RULE 5(c)(3) AFFIDAVIT
                                    :
ROBERTO A. MINUTA,                  :
                                    :
           Defendant.                :
                                    :
------------------------------------x

SOUTHERN DISTRICT OF NEW YORK, ss:

    MICHAEL CALLANAN, being duly sworn, deposes and says that he is a Special Agent with the Federal Bureau of Investigation ("FBI"), and charges as follows:

    On or about February 24, 2021 the United States District Court for the District of Columbia (the "DDC") issued a warrant for the arrest of "Roberto A. Minuta" (the "Warrant"). The Warrant was based upon a complaint charging Roberto A. Minuta with one count of obstructing an official proceeding and aiding and abetting the same, in violation of 18 U.S.C. §§ 1512(c)(2) & 2; one count of knowingly entering or remaining in any restricted building or grounds without lawful authority, in violation of 18 U.S.C. § 1752(a)(1); and one count of tampering with documents or proceedings, in violation of 18 U.S.C. § 1512(c)(1) (the "Complaint"). Copies of the Warrant, Complaint, and supporting affidavit (the "Agent Affidavit") are attached.

    I believe that ROBERTO A. MINUTA, the defendant, who was taken into FBI custody on March 6, 2021, in the Southern District of New York, is the same individual as the "Roberto A. Minuta" who is wanted by the DDC.

1

The bases for my knowledge and for the foregoing charges are, in part, as follows:

1. I am a Special Agent with the FBI. I have been personally involved in determining whether ROBERTO A. MINUTA, the defendant, is the same individual as the "Roberto A. Minuta" named in the Warrant. Because this Affidavit is being submitted for the limited purpose of establishing the identity of the defendant, I have not included in this Affidavit each and every fact that I have learned. Where I report statements made by others, those statements are described in substance and in part, unless otherwise noted.

2. Based on my involvement in this investigation and my discussions with other members of law enforcement, I know that:

    a. On or about March 6, 2021, law enforcement arrested ROBERTO A. MINUTA, the defendant, in Newburgh, New York. MINUTA answered to the name "Rob" and acknowledged that he is the Roberto A. Minuta named in the Warrant and Complaint. I also recognized him from the images of him in the Complaint when I took him into my custody to be presented today.

WHEREFORE, deponent prays that ROBERTO A. MINUTA, the defendant, be bailed or imprisoned, as the case may be.

*/s/ Michael Callanan*
(by AEK, with permission)
_____
Michael Callanan
Special Agent
FBI

Sworn to me through the transmission of this Affidavit by reliable electronic means, pursuant to Federal Rules of Criminal Procedure 41(d)(3) and 4.1 on: By FaceTime_____

_____ 3/8/2021
HONORABLE ANDREW E. KRAUSE
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK