**COMPLAINT/REMOVAL DISMISSAL**
United States District Court
Southern District of New York

Mag. Judge Dkt. No. __21 MAG 2575__   Date: __3-17-21__

USAO No. __2021R00300__

The Government respectfully requests the Court to dismiss without prejudice the ___ Complaint ___✓___ Removal Proceedings in

United States v. __Roberto A. MinutA__

503

The Complaint/Rule 40 Affidavit was filed on __3-8-21__

___ U.S. Marshals please withdraw warrant.

[signature]
ASSISTANT UNITED STATES ATTORNEY

__Perry Carbone__
(Print name)

__3-17-21__
DATE

SO ORDERED:

[signature]
UNITED STATES MAGISTRATE JUDGE

Distribution:  White—Court     Yellow—U.S. Marshals     Green—Pretrial Services     Pink—AUSA Copy